## DANIEL F. RUTHERFORD, APPELLANT, *v.* REBECCA WHITE, RESPONDENT.

APPEAL from an order granting a new trial.

The action was brought to recover for a horse and harness and other articles sold as alleged in the complaint to the defendant. The court, after a review of the evidence, was of opinion that there was sufficient evidence to justify the verdict of the jury, and reversed the order granting a new trial, with costs.

*F. H. Angier*, for the appellant.

*Chapman, Scott & Crowell*, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed, and new trial denied, with costs.